UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
OUSSAMA EL OMARI,

                Plaintiff,

  v.

THE INTERNATIONAL CRIMINAL
POLICE ORGANIZATION – INTERPOL,

              Defendant.
----------------------------------------------------------------X

JUDGMENT

19 CV 1457 (SJ) (PK)

Clerk's Office Filed Date: 05/14/21

U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK BROOKLYN OFFICE

A Memorandum and Order of the Honorable Sterling Johnson, United States District Judge, having been filed on May 13, 2021, granting Defendant's motion to dismiss; it is

ORDERED and ADJUDGED that Defendant's motion to dismiss is granted.

Dated: Brooklyn, New York  
       May 14, 2021

Douglas C. Palmer  
Clerk of Court

By:   <u>*/s/Jalitza Poveda*</u>  
       Deputy Clerk